IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD SHAWN GUNNING,          )
    Plaintiff,             )
                      )
    v.                     )  Civil Action No. 08-819
                      )
UNISYS CORPORATION,            )
ET AL.,                        )
    Defendants.            )

## ORDER

AND NOW this 29th day of September, 2008, pursuant to
28 U.S.C. §455, I hereby recuse myself from the above-
captioned matter and direct the Clerk of Court to reassign
the case to another judge.

BY THE COURT:

_____, J.

cc:  all parties of record